George Glezos, defendant in error, v. Vasilios Glezos, plaintiff in error. Gen. No. 30,657.

Writ of error to review judgment for plaintiff on claim already settled in prior suit. Error to the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed February 7, 1927.

Litsinger, Healy & Reid, for plaintiff in error. B. M. Shaffner, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.

---

Marie Straka, defendant in error, v. Chicago Title & Trust Company, administrator de bonis non of the estate of Robert Batysta, deceased. Emily Spicka, plaintiff in error. Gen. No. 30,812.

Suit to compel specific performance of a contract. Decree for complainant. Error to the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed February 7, 1927. Rehearing denied February 24, 1927.

Farlin H. Ball, for plaintiff in error. Edward C. Higgins, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.

---

Mina Kaplan, defendant in error, v. Joseph Kaplan, plaintiff in error. Gen. No. 30,840.

Suit for separate maintenance. Decree for complainant. Error to the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed February 7, 1927.

Harold O. Mulks, for plaintiff in error. Lester L. Bauer, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.

---

Jacob J. Mendelsohn et al., complainants, v. Morris Gold and Nicholas J. Pritzker, defendants. Nicholas J. Pritzker, appellant. Gen. No. 31,047.

Suit to enjoin foreclosure of chattel mortgage, for transfer thereof or its notes, their surrender for cancellation and for accounting. Decree for complainants. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed February 7, 1927.

Jacob G. Grossberg, for appellant. Cassels, Potter & Bentley, for appellees; Ralph F. Potter, of counsel.

Mr. Justice Johnston delivered the opinion of the court.